UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| DENISE LUDWIG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 6:13-CV-174-GFVT-HAI ) |
| KENTUCKY DEPARTMENT OF MILITARY AFFAIRS and KENTUCKY DIVISION OF EMERGENCY MANAGEMENT, | ) RECOMMENDED DISPOSITION ) ) ) ) ) |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On September 28, 2015, the Court granted John Kelley's motion to withdraw as counsel of record for Plaintiff. D.E. 32. Plaintiff was ordered to, within 21 days of the entry of the order, "either obtain new counsel and have such counsel enter an appearance in this matter, or file a notice that she intends to proceed pro se." *Id.* The Plaintiff was informed that failure to comply would "be construed as indicating that Plaintiff does not intend to prosecute this case[.]" *Id.* No attorney has entered an entry of appearance on behalf of Plaintiff, and Plaintiff has not filed a notice of her intent to proceed pro see.

Accordingly, the Court **RECOMMENDS** that Plaintiff's claims in this matter be **DISMISSED WITH PREJUDICE** for failure to prosecute. The Court directs the parties to 28 U.S.C. § 636(b)(1) and Rule 72(b) for appeal rights and mechanics concerning this Recommended Disposition, issued under subsection (B) of the statute. Failure to make timely objection, properly raised, consistent with the statute and Rule may, and normally will, result in waiver of further appeal to or review by the District Court and Court of Appeals. *See United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981); *Thomas v. Arn*, 106 S. Ct. 466 (1985).

2

The Clerk is **DIRECTED** to serve a copy of this Recommended Disposition upon Plaintiff.

This the 21st day of October, 2015.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge